IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANDRUS KENNETH HOLMES,

     Appellant,

 v.

                                   Case No.  5D21-3086
                                   LT Case No. 2017-302388-CFBD

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed November 15, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Andrus  Holmes,  Okeechobee,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.